IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDON WAYNE GLOVER, Defendant. | CR 21-33-GF-BMM ORDER |

The United States' Motion for Witness to Appear Remotely, is GRANTED, as there is good cause supporting that motion. Special Agent Michael Sprenger may appear via video at the scheduled suppression hearing in this matter.

The United States is directed to contact the Clerk's office for connection procedures.

DATED this 27th day of September, 2021

Brian Morris, Chief District Judge
United States District Court